510 A.2d 720

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Cornelius HUNTER, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 7, 1986.

Decided June 10, 1986.

Michael J. Healey, Healey & Davidson (Court-Appointed), Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Kemal Alexander Mericli, Asst. Dist. Atty., Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.